UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANDREW JORDAN GAINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-447-J |
| ) | |
| KEVIN BROWN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff, a state prisoner appearing pro se, filed this action against Defendants under 42 U.S.C. § 1983, alleging violations of his federal constitutional rights. The matter was referred to United States Magistrate Judge Amanda Maxfield Green for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 3]. On June 7, 2022, Judge Green issued a Report and Recommendation recommending the transfer of this action to the United States District Court for the Eastern District of Oklahoma. [Doc. No. 4]. Plaintiff was advised of his right to object to the Report and Recommendation by June 28, 2022. No objection has been filed. Plaintiff has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 4] and TRANSFERS this case to the United States District Court for the Eastern District of Oklahoma.

IT IS SO ORDERED this 18th day of July, 2022.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE